ant understood that the right to appeal is separate and distinct from those rights automatically forfeited upon a plea of guilty" (*People v Burts*, 114 AD3d 1272, 1273 [2014], *lv denied* 22 NY3d 1197 [2014] [internal quotation marks omitted]; *see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Hicks*, 89 AD3d 1480, 1480-1481 [2011], *lv denied* 18 NY3d 924 [2012]). We thus conclude that "[t]he plea colloquy and the written waiver of the right to appeal signed [and acknowledged in court] by defendant demonstrate that [he] knowingly, intelligently and voluntarily waived the right to appeal" (*People v Colucci*, 94 AD3d 1418, 1419 [2012], *lv denied* 19 NY3d 959 [2012]; *see People v Pulley*, 107 AD3d 1560, 1561 [2013], *lv denied* 21 NY3d 1076 [2013]; *People v Rumsey*, 105 AD3d 1448, 1449 [2013], *lv denied* 21 NY3d 1019 [2013]).

Contrary to defendant's further contention, the valid waiver of the right to appeal encompasses his challenge to the severity of the sentence, including the imposition and amount of restitution, the terms of which were made a part of the plea agreement (*see Lopez*, 6 NY3d at 255; *People v Graves*, 96 AD3d 1466, 1466 [2012], *lv denied* 19 NY3d 1026 [2012]; *People v Butler*, 81 AD3d 1465, 1465 [2011], *lv denied* 17 NY3d 805 [2011]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of GABRIEL PENABLE, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [988 NYS2d 511]— Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered April 22, 2013 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of RAVI KUMAR, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [988 NYS2d 511]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered April 22, 2013 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of GERALD BROCKINGTON, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of